# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO MODIFY** |
| | ) | **DETENTION ORDER** |
| vs. | ) | |
| | ) | |
| James William Blankenship, | ) | |
| | ) | Case No. 1:13-cr-077 |
| Defendant. | ) | |

On February 7, 2019, following a hearing on a petition for revocation of supervised release, the court issued an order detaining defendant until his final hearing regarding the revocation of supervised release. Defendant's final hearing regarding the revocation of supervised release is currently set for March 6, 2019, before Chief Judge Hovland.

On February 20, 2019, defendant filed a "Motion to Modify Order of Detention." Defendant asked to attend a chemical evaluation on Monday, February 25, 2019, at 8:30 a.m., at the New Freedom Center facility in Bismarck, North Dakota. (Doc. No. 1012). The defendant expects inpatient treatment will be recommended and that he can immediately reside at the New Freedom Center for such treatment. Id. The government has filed a response to defendant's motion (Doc. No. 1013) and does not object to the defendant's proposal, but asks that additional conditions of release be imposed.

The court **GRANTS** defendant's motion (Doc. No. 1012) and imposes the following conditions of release:

(1) In the event the defendant is not accepted into inpatient treatment at New Freedom Center, or is terminated from the program, the defendant must immediately turn himself in

1

to the U.S. Marshals in Bismarck, ND.

(2) If accepted into the inpatient treatment at the New Freedom Center, defendant shall reside there and faithfully participate in the program. Defendant shall also execute releases of information for the United States Probation Office, so that his treatment progress can be monitored.

(3) Upon successful completion of the program, the defendant must immediately turn himself in to the custody of the U.S. Marshals in Bismarck, ND, whereupon his counsel may motion for the court to reconsider the issue <u>of release or detention pending his upc</u>oming revocation hearing.

(4) Defendant shall abide by all of his other existing conditions of supervised release.

(5) Defendant shall be released from custody on Monday, February 25, 2019, at 7:00 a.m. to attend the chemical evaluation at New Freedom Center.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court